**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 02-6695**

_____

In Re:  CARL E. LOCKHART,

                                                            Petitioner.

_____

On Petition for Writ of Mandamus.  (CA-01-152-5)

_____

Submitted:  July 12, 2002          Decided:  July 22, 2002

_____

Before MOTZ, TRAXLER, and GREGORY, Circuit Judges.

_____

Petition denied by unpublished per curiam opinion.

_____

Carl E. Lockhart, Petitioner Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Carl E. Lockhart petitions this court for a writ of mandamus directing the district court to rule on his 28 U.S.C. § 2241 (1994) petition, asserting the district court has unreasonably delayed action on his petition.  Mandamus is a drastic remedy to be used only in extraordinary circumstances, and Lockhart's petition does not establish extraordinary circumstances warranting mandamus relief.  Kerr v. United States Dist. Court, 426 U.S. 394, 402 (1976).  Moreover, our review of the district court docket sheet discloses that there has been significant action in this case in the past six months and therefore, there has been no undue delay in the consideration of Lockhart's petition.  Accordingly, we deny Lockhart's petition for a writ of mandamus.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED